**J. Roger ST. AMAND, Plaintiff,
Appellant,**

v.

**SMURFIT–STONE CONTAINER
CORPORATION et al.,
Defendants, Appellees.**

No. 04–1019.

United States Court of Appeals,
First Circuit.

Aug. 10, 2004.

A.J. O'Donald, III for appellant.

Kevin B. Callanan for appellees.

Before SELYA, DYK * and HOWARD, Circuit Judges.

PER CURIAM.

We have read the briefs in this case, listened attentively to oral arguments, and reviewed the record with care. We conclude, without serious question, that the district court appropriately granted the defendants' motion for summary judgment. The *material* facts are not genuinely in dispute. The legal principles that govern this case are well-settled and the district court applied those principles faultlessly. Consequently, we summarily affirm the judgment below, substantially for the reasons set forth in the district court's bench decision of November 5, 2003, and its sub-

* Of the Federal Circuit, sitting by designation.

sequent memorandum and order dated November 6, 2003.

*Affirmed. See* 1st Cir. R. 27(c).